JOHN C. NICHOLS; GOODYEAR & HARRIS, for plaintiffs in error.

SIMON W. HITCH, by Z. D. HARRISON, for defendant.

---

*WILLIAM E. SMITH *et al.*, plaintiffs in error, *vs.* EDWARD H. McLAREN, administrator, *et al.*, defendants in error.

Discretion of chancellor in granting or refusing an injunction, or in appointing or refusing to appoint a receiver, not controlled.
WARNER, Chief Justice.

---

MARION PARKS, plaintiff in error, *vs.* THE STATE OF GEORGIA, defendant in error.

It is error for the court, at any time in the course of a trial, to intimate any opinion as to what has or has not been proven, or as to the guilt of the accused.
WARNER, Chief Justice.

* No reports or opinions are published in this and the following cases, in accordance with the provisions of act of March 2, 1875. (R.)